# JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Colton Bryant,<br><br>        Plaintiff,<br><br>  v.<br><br>Megara Brea, Inc, et al,<br><br>        Defendant(s). | SACV 20-00263JVS(KESx)<br><br>ORDER OF DISMISSAL UPON<br>SETTLEMENT OF CASE |

    The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

    IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 45 days</u>, to reopen the action if settlement is not consummated.

DATED: 6/2/20                             _____

                                                           James V. Selna<br>
                                          United States District Judge